DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In re:
   HOWARD JUNIOR and RUTH IRENE RODGERS
   2222 FREMONT DRIVE
   SANTA ROSA, CA 95409

###-##-0115 ###-##-7049
           Debtor(s).

Case No.: 09-1-4274 AJ13
Chapter 13

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**
Date:    01/19/2010
Time:   1:00 PM
Place:   Office of the United States Trustee
         777 Sonoma Ave., First Floor, #116
         Santa Rosa, CA 95404

**CONFIRMATION HEARING:**
Date:    02/08/2010
Time:   1:30 PM
Place:   United States Bankruptcy Court
         99 South E Street
         Santa Rosa, CA 95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Debtor has been sent the Chapter Thirteen Business Questionnaire on December 18, 2009 to complete. Debtors' response is due not later than four working days prior to the first scheduled Meeting of Creditors.

2. Trustee requests a _**signed**_ copy of Debtors' 2008 Federal Income Tax Return be received no later than four business days prior to the date of the first scheduled Meeting of Creditors.

3. Schedule I reflects debtor as self-employed, however, the Statement of Financial Affairs question 18 has been answered "none". Trustee requests clarification.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 22, 2009

DAVID BURCHARD
DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| HOWARD JUNIOR and RUTH IRENE RODGERS<br>2222 FREMONT DRIVE<br>SANTA ROSA, CA 95409 | DANIEL B. BECK<br>BECK LAW, P.C.<br>2681 CLEVELAND AVE.<br>SANTA ROSA, CA 95403 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: December 22, 2009            _DENIZ BRIDGMAN_
                                                                         DENIZ BRIDGMAN